IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| DARRIUS ANDREW HOWARD, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 2:15cv394-MHT |
| | ) | (WO) |
| ALABAMA DEPARTMENT OF | ) | |
| CORRECTIONS, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

**RECOMMENDATION OF THE MAGISTRATE JUDGE**

In this *pro se* petition for writ of habeas corpus under 28 U.S.C. § 2254 (Doc. No. 1), petitioner Darrius Andrew Howard ("Howard") challenges his confinement in the Taylor Hardin Secure Medical Facility in Tuscaloosa, Alabama, under a judgment by the Circuit Court of Walker County, Alabama. Howard pled guilty in that court in June 2014 to charges of possession of drug paraphernalia and receipt of stolen property and was sentenced to 32 months' imprisonment.

**DISCUSSION**

Title 28 U.S.C. § 2241(d) provides, in pertinent part:

> Where an application for a writ of habeas corpus is made by a person in custody under the judgment and sentence of a State court of a State which contains two or more Federal judicial districts, the application may be filed in the district court for the district wherein such person is in custody or in the district court for the district within which the State court was held which convicted and sentenced him and each of such district courts shall have concurrent jurisdiction to entertain the application.

28 U.S.C. § 2241(d). Thus, a petition for writ of habeas corpus brought under 28 U.S.C.

§ 2254 may be filed either in the federal district court for the district of the state court where the petitioner was convicted or in the federal district court in the district where the petitioner is in custody.

Howard was convicted and sentenced in the Circuit Court of Walker County, Alabama, and he is in custody at the Taylor Hardin Secure Medical Facility in Tuscaloosa County Alabama. Both Walker County and Tuscaloosa County are located within the jurisdiction of the United States District Court for the Northern District of Alabama. Consequently, this court does not have jurisdiction to entertain Howard's § 2254 petition.

Under 28 U.S.C. § 1631, a court that finds it lacks jurisdiction to entertain a civil action may, if it is in the interest of justice, transfer such action to any other court in which the action could have been brought when it was filed. Because Howard is proceeding *pro se* and seeks habeas corpus relief, the court believes it would be in the interest of justice to transfer this case to the United States District Court for the Northern District of Alabama under § 1631.

## CONCLUSION

Accordingly, it is the RECOMMENDATION of the Magistrate Judge that this case be transferred to the United States District Court for the Northern District of Alabama under 28 U.S.C. § 1631.

It is further

ORDERED that the parties are DIRECTED to file any objections to the said Recommendation on or before **June 22, 2015**. Any objections filed must specifically identify the findings in the Magistrate Judge's Recommendation to which the party is objecting. Frivolous, conclusive, or general objections will not be considered by the District Court. The parties are advised that this Recommendation is not a final order of the court and, therefore, it is not appealable.

Failure to file written objections to the proposed findings and recommendations in the Magistrate Judge's report shall bar the party from a *de novo* determination by the District Court of issues covered in the report and shall bar the party from attacking on appeal factual findings in the report accepted or adopted by the District Court except upon grounds of plain error or manifest injustice. *Nettles v. Wainwright*, 677 F.2d 404 (5th Cir. 1982); s*ee Stein v. Reynolds Securities, Inc.*, 667 F.2d 33 (11th Cir. 1982); s*ee also Bonner v. City of Prichard*, 661 F.2d 1206 (11th Cir. 1981) (*en banc*) (adopting as binding precedent all of the decisions of the former Fifth Circuit handed down prior to the close of business on September 30, 1981).

Done this 8th day of June, 2015.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE