IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| DARRIUS ANDREW HOWARD, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:15cv394-MHT |
| | ) | (WO) |
| ALABAMA DEPARTMENT OF CORRECTIONS, et al., | ) | |
| | ) | |
| Respondents. | ) | |

ORDER

There being no objection and after an independent and de novo review of the record, it is the ORDER, JUDGMENT, and DECREE of the court that the recommendation of the magistrate judge (doc. no. 2) is adopted and that this case is transferred to the United States District Court for the Northern District of Alabama.

The clerk the court is to take appropriate steps to effect the transfer.

**This case is closed in this court.**

**DONE, this the 30th day of June, 2015.**

**/s/ Myron H. Thompson**
**UNITED STATES DISTRICT JUDGE**